IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| STEPHEN STEPHON WILLIAMS, § <br> TDCJ No. 1157320, § <br>  § <br> Petitioner, § <br>  § <br> v. § <br>  § <br> LORIE DAVIS, Director, § <br> Texas Department of Criminal Justice, § <br> Correctional Institutions Division, § <br>  § <br> Respondent. § | Civil Action No. 7:17-CV-00115-M-BP |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Petitioner filed objections on May 21, 2018. ECF No. 24. Petitioner makes essentially the same arguments in his objections that were addressed in detail in the Magistrate Judge's report. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that the petition for habeas corpus is **DENIED** with prejudice.

**SO ORDERED** this 7th day of June, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE